IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DERRICK CLARK, SHAWN MESNER,
and JAMES LENZ,

        Defendants.

22-cr-55-jdp

VERDICT

FILED/REC'D
2023 OCT 13  P 5: 25
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COUNT 1 (FRAUD CONSPIRACY): DERRICK CLARK

We, the Jury in the above-entitled cause, find the defendant, Derrick Clark,

    **Not Guilty**
    ("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

*If you find Derrick Clark "Guilty" of Count 1, answer the question below. If you find Derrick Clark "Not Guilty" of Count 1, skip the question below and go on to "Count 1 (Fraud Conspiracy): Shawn Mesner."*

We, the Jury, having found Derrick Clark "Guilty" of Count 1, further find that Derrick Clark conspired to commit the following offense or offenses: (Place an X next to each offense the defendant conspired to commit.)

    _____ Interstate Carrier Fraud in violation of Title 18, United States Code, Section 1341

    _____ Wire Fraud in violation of Title 18, United States Code, Section 1343

## COUNT 1 (FRAUD CONSPIRACY): SHAWN MESNER

We, the Jury in the above-entitled cause, find the defendant, Shawn Mesner,

__Guilty__
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

*If you find Shawn Mesner "Guilty" of Count 1, answer the question below. If you find Shawn Mesner "Not Guilty" of Count 1, skip the question below and go on to "Count 4 (Conspiracy): Derrick Clark."*

We, the Jury, having that Shawn Mesner "Guilty" of Count 1, further find that Shawn Mesner conspired to commit the following offense or offenses: (Place an X next to each offense the defendant conspired to commit.)

__X__ Interstate Carrier Fraud in violation of Title 18, United States Code, Section 1341

__X__ Wire Fraud in violation of Title 18, United States Code, Section 1343

## COUNT 4 (CONSPIRACY): DERRICK CLARK

We, the Jury in the above-entitled cause, find the defendant, Derrick Clark,

__Guilty__
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

*If you find Derrick Clark "Guilty" of Count 4, answer the question below. If you find Derrick Clark "Not Guilty" of Count 4, skip the question below and go on to "Count 4 (Conspiracy): Shawn Mesner."*

We, the Jury, having found Derrick Clark "Guilty" of Count 4, further find

that Derrick Clark conspired to commit the following offense or offenses: (Place an X next to each offense the defendant conspired to commit.)

    __X__ The making or use of a false writing or document in violation of Title 18, United States Code, Section 1001(a)(3)

    __X__ Falsification of a document in relation to a federal investigation in violation of Title 18, United States Code, Section 1519

    __X__ Obstruction of an agency proceeding in violation of Title 18, United States Code, Section 1505

### COUNT 4 (CONSPIRACY): SHAWN MESNER

We, the Jury in the above-entitled cause, find the defendant, Shawn Mesner,

__Guilty__
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

*If you find Shawn Mesner "Guilty" of Count 4, answer the question below. If you find Shawn Mesner "Not Guilty" of Count 4, skip the question below and go on to "Count 4 (Conspiracy): James Lenz."*

We, the Jury, having that Shawn Mesner "Guilty" of Count 4, further find that Shawn Mesner conspired to commit the following offense or offenses: (Place an X next to each offense the defendant conspired to commit.)

    __X__ The making or use of a false writing or document in violation of Title 18, United States Code, Section 1001(a)(3)

    _____ Falsification of a document in relation to a federal investigation in

3

violation of Title 18, United States Code, Section 1519

__X__ Obstruction of an agency proceeding in violation of Title 18, United States Code, Section 1505

### COUNT 4 (CONSPIRACY): JAMES LENZ

We, the Jury in the above-entitled cause, find the defendant, James Lenz,

__Not Guilty__
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

*If you find James Lenz "Guilty" of Count 4, answer the question below. If you find James Lenz "Not Guilty" of Count 4, skip the question below and go on to "Count 5 (Document falsification in contemplation of federal investigation): Derrick Clark."*

We, the Jury, having that James Lenz "Guilty" of Count 4, further find that James Lenz conspired to commit the following offense or offenses: (Place an X next to each offense the defendant conspired to commit.)

_____ The making or use of a false writing or document in violation of Title 18, United States Code, Section 1001(a)(3)

_____ Falsification of a document in relation to a federal investigation in violation of Title 18, United States Code, Section 1519

_____ Obstruction of an agency proceeding in violation of Title 18, United States Code, Section 1505

4

## COUNT 5 (DOCUMENT FALSIFICATION IN CONTEMPLATION OF FEDERAL INVESTIGATION): DERRICK CLARK

We, the Jury in the above-entitled cause, find the defendant, Derrick Clark,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 5 of the indictment.

## COUNT 6 (FALSE ENTRIES IN RECORD WITHIN EPA'S JURISDICTION): DERRICK CLARK

We, the Jury in the above-entitled cause, find the defendant, Derrick Clark,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 6 of the indictment.

## COUNT 6 (FALSE ENTRIES IN RECORD WITHIN EPA'S JURISDICTION):
## JAMES LENZ

We, the Jury in the above-entitled cause, find the defendant, James Lenz,

_____Not Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 6 of the indictment.

## COUNT 9 (OBSTRUCTION OF AGENCY PROCEEDINGS):
## DERRICK CLARK

We, the Jury in the above-entitled cause, find the defendant, Derrick Clark,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 9 of the indictment.

Presiding Juror

Madison, Wisconsin

Date: 10/13/2023

6